IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 5:22-CR-50043-001 |
| v. | ) |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| DAI-KWON ARMOND | ) 21 U.S.C. § 841(b)(1)(C) |

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 15 2022

By JAMIE GIANI, Clerk
Deputy Clerk

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**

On or about January 24, 2021, in the Western District of Arkansas, Fayetteville Division, the Defendant, **DAI-KWON ARMOND**, did knowingly and intentionally distribute a controlled substance, namely, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT TWO**

On or about February 2, 2021, in the Western District of Arkansas, Fort Smith Division, the Defendant, **DAI-KWON ARMOND**, did knowingly and intentionally distribute a controlled substance, namely, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about October 6, 2021, in the Western District of Arkansas, Fort Smith Division, the Defendant, **DAI-KWON ARMOND**, did knowingly and intentionally distribute a controlled substance, namely, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

By: *Kevin Eaton*
Kevin C. Eaton
Assistant U. S. Attorney
Bar No. 24105832
414 Parker Avenue
Fort Smith, AR  72901
Telephone: (479) 249-9048
E-mail: Kevin.Eaton@usdoj.gov