**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | **DOCKET NO.: 5:22CR50043-001** |
| **vs.** | ) | |
| | ) | |
| **DAI-KWON ARMOND** | ) | |

### UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Dai-Kwon Armond, by and through his attorney, Kimberly R. Weber, of Matthews, Campbell, Rhoads, McClure and Thompson, P.A. and for this Motion for Continuance of the Plea Hearing and all related deadlines, hereby states as follows:

1.      That this matter is currently scheduled for Jury Trial, on January 9, 2023, at 9:00 a.m., in Fayetteville, Arkansas, before The Honorable Timothy L. Brooks.

2.      That your undersigned was granted Entry of Appearance, on or about November 30, 2022.

3.      That counsel needs additional time to review discovery with Defendant and continue plea negotiations with AUSA Kevin Eaton.  This case will NOT be a trial.

4.      That Defendant lives in North Little Rock and will be coming into town after the holidays.

5.      That there is an interesting nuance to this case, with respect to sentencing.  Counsel is working with out-of-state professionals to pursue Defendant's status as a first-time offender.  AUSA Eaton is aware of this research.

6.      Counsel has talked to her client and he understands the desire for a continuance and does not object.

7.      The Government, by Assistant United States Attorney Kevin Eaton, does not object to this request.

8.      Time from the date of the present setting to a new plea date would be excludable under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A).

9.      That counsel respectfully requests that a new plea setting be scheduled to a date and time convenient to the Court and that all present scheduling orders be vacated and set according to a new plea hearing.

10.     Counsel for Defendant requests 60-days, from today, to set a hearing for plea.

11.     That Defendant requests this continuance in good faith and not for purposes of delay. Counsel for defendant assures the Court that this request is not sought to hinder or vex the Court, and will not result in prejudice to either party.

WHEREFORE, the ends of justice are served by granting this motion for continuance, taking into account the exercise of due diligence, and rescheduled to a date and time convenient to the Court, at least 60-days from submission of this motion.

RESPECTFULLY SUBMITTED,
DAI-KWON ARMON
BY: /s/ *Kimberly R. Weber*
Kimberly R. Weber, Defendant's Attorney
Arkansas Bar #94207
MATTHEWS, CAMPBELL, RHOADS,
McCLURE & THOMPSON, P.A.
119 South Second Street
Rogers, Arkansas 72756-4525
(479)636-0875

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Kimberly R. Weber*
Kimberly R. Weber